IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNEST PORTER,<br>      Plaintiff,<br><br> vs.<br><br>JOHN E. WETZEL *Secretary of Corrections;* MRS. IRMA VIHLIDAL PHS ADMINISTRATOR*;* RICHARD S. ELLERS, *DBH CARE SERVICES DEFENDANT(S) IN THEIR INDIVIDUAL OFFICIAL CAPACITY,*<br>      Defendants. | Civil Action No. 12-649<br>Judge Cathy Bissoon |

## MEMORANDUM ORODER

  Plaintiff Ernest Porter is a state prisoner who has filed a civil rights action pursuant to the provisions of 42 U.S.C. § 1983.  This case was referred to United States Magistrate Judge Maureen P. Kelly in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules for Magistrates.

  On August 24, 2012, Magistrate Judge Kelly issued a Report and Recommendation (Doc. 8), recommending that Plaintiff's Complaint (Doc. 1) be dismissed pursuant to the screening provisions of the Prison Litigation Reform Act.  The parties were allowed until September 10, 2012, to file objections.  No objections have been filed.

  After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following ORDER is entered:

  AND NOW, this 25th day of September, 2012,

IT IS HEREBY ORDERED that Plaintiff's Complaint is DISMISSED for failure to state a claim upon which relief can be granted.  IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Kelly (Doc. 8), dated August 24, 2012, is adopted as the opinion of the court.

s/ Cathy Bissoon_____
CATHY BISSOON
UNITED STATES DISTRICT JUDGE

cc:      Honorable Maureen P. Kelly
United States Magistrate Judge

Ernest Porter
AY-7434
SCI Greene
175 Progress Drive
Waynesburg, PA 15370